Joseph Cortellini, Respondent, v. City of Niagara Falls, New York, and Others, Defendants. The Niagara Falls Memorial Hospital, Petitioner, Appellant.— Order affirmed, without costs of this appeal to either party. Memo-

randum: The movant, The Niagara Falls Memorial Hospital, was not a necessary party to this proceeding and the Special Term was justified in exercising its discretion in declining to make the movant a party, particularly considering the time when the motion was made. All concur. (The order denies a motion of The Niagara Falls Memorial Hospital to be made a party respondent in the proceeding.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ. [See, also, 257 App. Div. 615.]